UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-00098

Frank Streater,

        Plaintiff,

v.

Carolina Environmental Response Team, Inc.

        Defendant.

## DEFENDANT'S NOTICE OF REMOVAL

Defendant Carolina Environmental Response Team, Inc. hereby provides notice of removal of this action to the United States District Court for the Western District of North Carolina, Charlotte Division, from the Mecklenburg County Superior Court, and states as follows:

1. Plaintiff filed this action in the General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina, on or about December 22, 2022, claiming race discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended, (Title VII). Plaintiff also alleges claims under North Carolina state law. The Mecklenburg County Superior Court docketed the matter as Civil Action No. 22CVS19822.

2. Defendant was served with the Complaint and Summons on or about January 20, 2023. A copy of the Complaint and Summons are attached hereto as Exhibits A. There have been no further proceedings in this case.

3. Pursuant to 28 U.S.C. § 1441:

> (a) [A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

4. Additionally, pursuant to 28 U.S.C. § 1331, the District Courts have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

5. The Complaint alleges causes of action for race discrimination under Title VII. Therefore, this Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331 and this action is removable pursuant to 28 U.S.C. § 1441.

6. This Court has supplemental jurisdiction over Plaintiff's state law claim pursuant to 28 U.S.C. § 1367, which provides:

> Except as provided in subsections (b) and (c) or as expressly provided otherwise by Federal statute, in any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution. Such supplemental jurisdiction shall include claims that involve the joinder or intervention of additional parties.

28 U.S.C. § 1367(a). Here, Plaintiff's Title VII claim and the North Carolina claims are substantially related with regard to facts alleged in the Complaint, and both claims concern the same alleged discriminatory actions. Moreover, Plaintiff's North Carolina claim does not raise a novel or complex issue of state law, and it does not predominate over Plaintiff's Title VII claim.

7. The Charlotte Division of the United States District Court for the Western District of North Carolina is the judicial district and division embracing the place where this case is pending. See 28 U.S.C. § 113.

8. Plaintiff initiated this action in Mecklenburg County, which is located within this Court's venue.

9. This Notice of Removal is timely filed with this Court within thirty (30) days after Defendant first received a copy of the Complaint. See 28 U.S.C. § 1446(b).

10. In compliance with 28 U.S.C. § 1446(a), copies of all process, pleadings and orders, including the Complaint, that have been served on Defendant are attached to this Notice of Removal as Exhibit A .

11. In compliance with 28 U.S.C. § 1446(d), a copy of this Notice of Removal, with all attachments, is being filed in the Mecklenburg County Superior Court. (Exhibit B).

WHEREFORE, Defendant hereby provides notice that Civil Action No. 22CVS19822 is removed from the General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina to this Court for all further proceedings.

Dated this 20th day of February, 2023.

s/ F. Douglas Banks

F. Douglas Banks
Banks Law, PLLC
317 Matthews Mint Hill Road
Suite 208
Matthews, NC  28105
Telephone: (704) 996-2356
dbanks@banks-law.net

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a copy of the foregoing "Notice of Removal" has been served via Clerk of Court using the CM/ECF system which sends notification of such filing to the following counsel for Plaintiff and by First class mail to

>Daniel C. Lyon
>Elliot Morgan Parsonage PLLC
>300 E. Kingston Avenue, Suite 200
>Charlotte, NC  28203

This the 20th day of February, 2023.

>s/ F. Douglas Banks
>F. Douglas Banks